UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION &
HOWMEDICA OSTEONICS CORP.,

        Plaintiffs,

                                      Case No. 1:17-CV-66

v.

                                      HON. PAUL L. MALONEY

XL INSURANCE AMERICA, INC.,

        Defendant.

_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS ORDERED** that Defendant's motion for judgment on the pleadings (ECF No. 19) is **DENIED**.

Date:  August 17, 2018                         /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge

1