UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

        Plaintiffs,	Case No.: 1:17-cv-00066 – PLM-PJG

v.	Honorable Judge Paul L. Maloney
	Magistrate Judge Phillip J. Green

XL INSURANCE AMERICA, INC., formerly
known as WINTERTHUR INTERNATIONAL
AMERICA INSURANCE COMPANY,

        Defendant.
_____

## **STIPULATION TO EXTEND DEADLINE FOR DISCOVERY**

On September 24, 2018, Plaintiffs, Stryker Corp. and Howmedica Osteonics Corp., served Defendant XL Insurance America, Inc., formerly known as Winterthur International America Insurance Company, with Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. Under Fed. R. Civ. P. 33, Defendant's responses are due on October 24, 2018.

Plaintiffs served a Subpoena to Produce Documents to Bloss Betz, Defendant's former law firm. The subpoena was served on September 24, 2018, and has an October 30, 2018 return date.

Also on September 24, 2018, Defendant served Plaintiffs with Defendant's First Set of Requests for Production and First Set of Interrogatories. Under Fed. R. Civ. P. 33, Plaintiffs' responses are due on October 24, 2018. Additionally, on October 1, 2018, Defendant served Miller Johnson with a Subpoena to Produce Documents, with a return date of October 31, 2018.

In light of the voluminous material located in multiple states that must be reviewed, and pursuant to Fed. R. Civ. P. 29, the parties stipulate that Plaintiffs, Defendant, Bloss Betz, and Miller Johnson will have until December 1, 2018 to respond to the above-referenced discovery requests and subpoenas.

| | |
|---|---|
| *s/Stephen J. van Stempvoort* | *s/Charles W. Browning* |
| D. Andrew Portinga (P55804) | Charles W. Browning (P32978) |
| Stephen J. van Stempvoort (P79828) | Plunkett Cooney, P.C. |
| Miller Johnson | Attorneys for Defendant |
| Attorneys for Plaintiffs | |
| Dated: October 18, 2018 | Dated: October 18, 2018 |

**ORDER**

The stipulation is APPROVED. Plaintiffs, Defendant, Bloss Betz, and Miller Johnson have until December 1, 2018 to respond to the discovery requests and subpoenas served upon them.

IT IS SO ORDERED.

DATED: _____
UNITED STATES DISTRICT COURT JUDGE

Open.23899.70385.21089101-1