UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

    Plaintiffs,

v.

XL INSURANCE AMERICA, INC.,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:17-cv-0066-PLM

## **ORDER**

This matter is before the Court on defendant XL Insurance America, Inc.'s (XL), letter request, seeking the Chief Judge's permission to take the deposition of retired Magistrate Judge Joseph Scoville. (April 17, 2019, Letter to C.J. Robert J. Jonker, ECF No. 125). Plaintiff Stryker Corporation (Stryker) seeks fourteen days to submit a response to XL's request. (April 18, 2019, Letter to C.J. Jonker, ECF No. 129). XL does not oppose this request, but it seeks permission to submit a reply, and it asks for seven days to submit it. (April 19, 2019, Letter to C.J. Jonker, ECF No. 130).

Having considered the parties' requests regarding a response and reply, and finding good cause, the requests (ECF No. 129, 130) are **GRANTED**. Accordingly,

**IT IS ORDERED** that Stryker shall file its response to XL's request to depose Judge Scoville no later than May 3, 2019.

**IT IS FURTHER ORDERED** that XL may file a reply no later than seven days after the filing of Stryker's response.

**IT IS SO ORDERED**.

Date: April 19, 2019         /s/ Phillip J. Green
                             PHILLIP J. GREEN
                             United States Magistrate Judge