UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

        Plaintiffs,

v.

XL INSURANCE AMERICA, INC., formerly known as WINTERTHUR INTERNATIONAL AMERICA INSURANCE COMPANY,

        Defendant.

Case No. 1:17-cv-00066

Hon. Paul L. Maloney

---

## Stryker's Motion in Limine on XL's Newly-Disclosed Trial Exhibits Regarding "Scorched Earth" Litigation History

Plaintiffs, Stryker Corporation and Howmedica Osteonics Corp., move this Court to enter an order striking XL's newly disclosed trial exhibits regarding "scorched earth" litigation history. This motion is supported by the accompanying brief.

                              MILLER JOHNSON
                              Attorneys for Plaintiffs

Dated: July 20, 2020        By   /s/ James R. Peterson
                                         David J. Gass (P34582)
                                         James R. Peterson (P43102)
                                         Stephen J. van Stempvoort (P79828)
                                         45 Ottawa Avenue SW, Suite 1100
                                         Grand Rapids, Michigan  49503
                               Telephone:  (616) 831-1700