UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Stryker Corporation, et al v. XL Insurance America, Inc.

**Case Number:** 1:17-cv-66
**Date:** August 11, 2020
**Time:** 8:47 a.m. – 11:24 a.m.
  11:39 a.m. – 12:32 p.m.
  2:21 p.m. – 2:27 p.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

  Plaintiffs:  David Gass, James Peterson, and Stephen van Stempvoort

  Defendant:  Charles Browning, Patrick Winters, and Josephine DeLorenzo

**PROCEEDINGS**

Nature of Hearing:  Jury Trial – day 7; closing arguments by both sides; jury instructions; jury deliberations; jury returns verdict in favor of Plaintiffs; parties to submit briefs regarding interest calculations within 14 days

**WITNESSES**

**EXHIBITS**

| Description | Admitted |
|---|---|
|  |  |
|  |  |

Court Reporter: Kathleen Thomas        Case Manager: Amy Redmond