UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP., <br> Plaintiffs, <br> -v- <br> XL INSURANCE AMERICA, INC., formerly known as WINTERTHUR INTERNATIONAL AMERICA INSURANCE COMPANY, <br> Defendant. | No. 1:17-cv-66 <br><br> Honorable Paul L. Maloney |

## ORDER

This matter is before the Court on XL's objection to admission of Stryker's demonstrative slides into evidence (ECF No. 438). For the reasons and grounds set forth in the Court's opinion from the bench,

**IT IS HEREBY ORDERED** that XL's objection is **OVERRULED** in part and **SUSTAINED** in part as follows: Stryker's demonstrative slides 3, 5, 6, 18, 19, and 20 are admissible. The remaining slides are not admissible. The Court accepted the admissible slides into evidence as collective exhibit #253.

**IT IS SO ORDERED.**

Date: August 20, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge