UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP.,
          Plaintiffs,

-v-

XL INSURANCE AMERICA, INC., formerly known as WINTERTHUR INTERNATIONAL AMERICA INSURANCE COMPANY,
          Defendant.

No. 1:17-cv-66

Honorable Paul L. Maloney

## JUDGMENT

The Court hereby enters judgment in favor of Plaintiffs and against Defendant as follows:

| | |
|---|---:|
| Principal | $6,194,258.00 |
| Pre-filing prejudgment interest under M.C.L. § 438.7 for the period between February 2, 2009 and January 20, 2017 | $2,468.369.39 |
| Post-filing prejudgment interest under M.C.L. § 600.6013(8) for the period between January 20, 2017 and September 15, 2020 | $967,935.99 |
| Total | $9,630,563.38 |

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 15, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge